IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:22-CV-50-FL

| | |
|---|---|
| KEITH BRUCE and DEVON BRUCE, ) <br> ) <br> Appellants, ) <br> ) <br> v. ) <br> ) <br> JOSEPH A. BLEDSOE, III, ) <br> ) <br> Appellee. ) | ORDER |

This matter is before the court on pro se appellant Keith Bruce's motion (DE 9) for a stay and continuance of this bankruptcy appeal, in which he also suggests a response to the court's June 6, 2022, show cause order (DE 8) on the basis of medical reasons. Upon consideration of the record in this case, the court GRANTS the motion. On its own initiative, the court allows pro se appellant Devon Bruce an equivalent extension of time. Appellants are DIRECTED to file, on or before September 21, 2022, each of the following, if they wish to proceed with this appeal:

1. A notice of self-representation for each appellant appearing pro se, pursuant to Local Civil Rule 5.2(b).

2. A financial disclosure statement for each appellant, pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.3.

3. A designation of items to be included in the record on appeal, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure.

4. A statement of issues to be presented on appeal, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure.

Appellants are warned that failure to comply with this order may result in dismissal of the instant appeal. In addition, in the event appellants do not make any filing in time frame designated herein, the clerk shall, without further order of this court, dismiss this appeal for failure to prosecute and failure to follow the court's order.

SO ORDERED, this the 21st day of July, 2022.

LOUISE W. FLANAGAN
United States District Judge