UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| KEITH BRUCE  <br>　　　Appellant, | )<br>)<br>) |
| v. | )　**JUDGMENT**<br>)<br>)　No. 7:22-CV-50-FL |
| JOSEPH A. BLEDSOE, III  <br>　　　Appellee. | )<br>)<br>) |
| CLERK OF COURT STEPHANIE BUTLER and DEBORAH WELLS STANALAND,  <br>　　　Interested Parties | )<br>)<br>)<br>) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 15, 2023, and for the reasons set forth more specifically therein, appellant's appeal is dismissed for failure to prosecute and failure to comply with Rule 8018.

**This Judgment Filed and Entered on June 15, 2023, and Copies To:**

Keith Bruce (via US mail) 4387 Owendon Drive, Shalotte, NC 28470
Richard Preston Cook (via CM/ECF Notice of Electronic Filing)
Christopher T. Vonderau (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| June 15, 2023 | PETER A. MOORE, JR., CLERK<br>　/s/ Sandra K. Collins<br>(By) Sandra K. Collins, Deputy Clerk |